■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LARSON, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered August 30, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. SIMMONS, Appellant. (Appeal No. 2.) [837 NYS2d 894]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered January 8, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of stolen property in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. SIMMONS, Appellant. (Appeal No. 3.) [837 NYS2d 894]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered January 8, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. SIMMONS, Appellant. (Appeal No. 1.) [837 NYS2d 894]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered January 8, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.